UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                          CASE NO.: 18-21025-RBR
                                                                                  CHAPTER 7

CARLOS R. ESTREMADOYRO,

     Debtor.

_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
(*Final Judgment of Foreclosure Obtained*)

**Any interested party who fails to file and serve a written response to this Motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1 (C), be deemed to have consented to the entry of an order granting relief requested in the motion.**

Secured Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST Series 2007-A2 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-B, by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d), for a modification of the automatic stay provisions for cause, and, in support thereof, states the following:

1. Debtor, Carlos R. Estremadoyro, filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on September 7, 2018. An order converting the case to a case under Chapter 7 was entered on October 6, 2018.

2. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. Secured Creditor hereby waives the requirements of 11 U.S.C. § 362(e). The automatic

stay of any act against property of the estate under § 362(a) shall continue until this Court orders or the stay is otherwise terminated by operation of law.

4. Secured Creditor filed a foreclosure complaint against the Debtor(s) on February 27, 2018 in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Case Number: CACE-18-004596, due to the default under the terms of the Note and Mortgage securing Secured Creditor's interest in certain real property legally described as:

**LOT 1, BLOCK 6, COUNTRY CORNERS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 95, PAGE 25, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA**.
This property is located at the street address of: 6300 SW 188 Ave, Southwest Ranches, FL 33332.

5. A Final Judgment of Foreclosure ("Judgment") was entered against the Debtor(s) on June 13, 2018 in the amount of $522,459.02. A true and accurate copy of the Judgment attached hereto as Exhibit "A." The Judgment has not been satisfied by the Debtor(s).

6. The appraised value of the property is $578,470.00.  See Exhibit "B" which is attached hereto and permissible as a property valuation under Fed. R. Evid. 803(8).

7. Based upon the Debtor(s)' schedules, the property is claimed as exempt.  The Trustee has not abandoned the property.

8. Secured Creditor's security interest in the subject property is being significantly jeopardized by Debtor(s)' failure to comply with the terms of the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.  Secured Creditor has no protection against the erosion of its collateral position and no other form of adequate protection is provided.

9. If Secured Creditor is not permitted to enforce its security interest in the collateral or be provided with adequate protection, it will suffer irreparable injury, loss, and damage.

10. Secured Creditor respectfully requests the Court grant it relief from the Automatic Stay in this cause pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to Secured Creditor for its interest in the above stated collateral. The value of the collateral is insufficient in and of itself to provide adequate protection which the Bankruptcy Code requires to be provided to the Secured Creditor. Secured Creditor additionally seeks relief from the Automatic Stay pursuant to §362(d)(2) of the Bankruptcy Code, as the collateral is unnecessary to an effective reorganization of the Debtor's assets.

11. Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or protect the collateral; therefore, Secured Creditor requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3).

12. Secured Creditor has incurred court costs and attorney's fees in this proceeding and will incur additional fees, costs and expenses in foreclosing the Mortgage and in preserving and protecting the property, all of which additional sums are secured by the lien of the mortgage. Secured Creditor seeks an award of its reasonable attorneys' fees and costs, or alternatively, leave to seek recovery of its reasonable attorneys' fees and costs in any pending or subsequent foreclosure proceeding.

13. A Proposed Order accompanies this Motion. See Exhibit "C" attached hereto.

**WHEREFORE**, Secured Creditor, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Secured Creditor to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, to waive the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3), to seek recovery of its reasonable attorneys' fees and costs incurred in this proceeding, and to any such further relief as this Honorable Court deems just and appropriate.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/ Christopher P. Salamone
Christopher P. Salamone, Esquire
Florida Bar Number 75951
Email: csalamone@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 31, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Carlos R. Estremadoyro
6300 S.W. 188 Avenue
Southwest Ranches, FL 33332

Jared J Kullman, Esq
1910 S State Rd 7
Miramar, FL 33023

Sonya Salkin
PO Box 15580
Plantation, FL 33318

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/ Christopher P. Salamone
    Christopher P. Salamone, Esquire
    Florida Bar Number 75951
    Email: csalamone@rasflaw.com

# EXHIBIT "A"

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 6/13/2018 4:30:00 PM.****

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA
CASE NO. CACE-18-004596

DEUTSCHE BANK NATIONAL TRUST COMPANY AS
TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION
TRUST SERIES 2007-A2 MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2007-B,
     Plaintiff,
vs.
CARLOS R. ESTREMADOYRO A/K/A CARLOS
ESTREMADOYRO; CAVALRY PORTFOLIO SERVICES,
LLC, AS ASSIGNEE OF CAVALRY SPV I, LLC, AS
ASSIGNEE OF BANK OF AMERICA/FIA CARD
SERVICES, N.A.;
     Defendants.
_____/

Filed In Open Court
CLERK OF THE CIRCUIT COURT
ON 6-13-18
BY [signature]

## FINAL JUDGMENT IN MORTGAGE FORECLOSURE

THIS CAUSE having come for Final Judgment on Plaintiff's Motion for Summary Final Judgment of Foreclosure and the documents offered in support thereof and the Court being fully advised in the premises, it is thereupon consideration,

IT IS ADJUDGED that:

1. Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2007-A2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-B (hereafter, "Plaintiff"), **c/o Ocwen Attn: Vault Dept., 5720 Premier Park Drive, West Palm Beach, FL  33407**, is due

| | | |
|---|---|---:|
| Principal | $ | 481,106.17 |
| Interest from 03/01/2017 to 03/26/2018 | $ | 17,596.43 |
| Interest from 03/27/2018 to 06/13/2018 | $ | 3,611.09 |
| Escrow Balance | $ | 14,574.33 |
| Property Appraisal/BPO | $ | 110.00 |
| Property Inspections | $ | 145.00 |
| Filing Fees | $ | 1,951.00 |
| Service of Process | $ | 260.00 |
| Attorneys' fees | | |
|    Finding as to reasonable number of hours: | 15.00 | |
|    Findings as to reasonable hourly rate: | $207.00 | |
|    Attorneys' fees total | $ | 3,105.00 |
| **TOTAL** | $ | 522,459.02 |

AS4791-17/tro

that shall bear interest at the rate of 5.72% per year and thereafter at the legal rate as provided by law.

2. Plaintiff holds a lien for the total sum superior to all claims or estates of defendants, CARLOS R. ESTREMADOYRO A/K/A CARLOS ESTREMADOYRO; CAVALRY PORTFOLIO SERVICES, LLC, AS ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE OF BANK OF AMERICA/FIA CARD SERVICES, N.A.; on the following described property in BROWARD County, Florida:

> LOT 1, BLOCK 6, COUNTRY CORNERS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 95, PAGE 25, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

3. If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the clerk of this court shall sell the property at public sale on _____9/12/18_____ to the highest bidder for cash, except as prescribed in paragraph 4, in accordance with section 45.031, Florida Statutes, using the following:

By electronic sale beginning at 10:00 a.m. on the prescribed date at www.broward.realforeclose.com.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

5. On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. On filing the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificates of title, the person named on the certificate of title shall be let into possession of the property, subject to the provisions of Section 83.561, Florida Statutes.

7. That if Plaintiff should elect to assign its bid at sale, the assignment of bid shall be effective upon the filing of a Notice of Assignment of Bid or Motion and Order for Assignment of Bid and the

AS4791-17/tro

Clerk of the above entitled Court is hereby directed to issue the Certificate of Title to such assginee without further payment.

8. Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, a deficiency judgment, unless prohibited by bankruptcy.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK. NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE BROWARD CLERK OF THE COURT, 201 SE 6TH STREET, FORT LAUDERDALE, FL 33301 954-831-5792 WITHIN 10 DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, INC., AT 609 SW 1ST AVE, FORT LAUDERDALE, FL 33301, (954) 765-8957 EXT 273, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, INC., AT 609 SW 1ST AVE, FORT LAUDERDALE, FL 33301, (954) 765-8957 EXT 273, FOR ASSISTANCE , YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

9. Pursuant to *Ross v. Wells Fargo Bank*, 2013 Fla. App. LEXIS 2143, *2-3 (Fla. 3d DCA Feb. 13, 2013), the Court retains jurisdiction of this action to enter Orders relating to supplemental proceedings to address any omitted parties who may possess an interest in the subject property post-judgment.

AS4791-17/tro

10. The court retains jurisdiction to enter further orders to permit Plaintiff's recovery of advances, including but not limited to: taxes, insurance, inspection, repairs, publication, attorney fees, and costs.

11. Any sale proceeds distributed by the Clerk of Court to Plaintiff as a result of a third-party bidder at foreclosure sale shall be made payable to the Plaintiff of record.

ORDERED in Broward County, Florida, on ____ day of _____ 2018.

_____
CIRCUIT JUDGE

## CASE NO.: CACE-18-004596
## SERVICE LIST:

Jared J. Kullman, Esq.
1910 S. State Road 7
Miramar, FL 33023
*Attorney for Carlos R. Estremadoyro A/K/A Carlos Estremadoyro*
Bankruptmenow@yahoo.com

Cavalry Portfolio Services, LLC, As Assignee Of Cavalry SPV I, LLC,
As Assignee Of Bank Of America/FIA Card Services, N.A.
C/O CT Corporation System
1200 S. Pine Island Rd.
Plantation, FL 33324

**VAN NESS LAW FIRM, PLC**
1239 E. Newport Center Drive Suite #110
Deerfield Beach, Florida  33442
Pleadings@vanlawfl.com
*Attorney for Plaintiff*

Calisha A. Francis, Esq. 96346

AS4791-17/tro

**EXHIBIT "B"**



| Site Address | 6300 SW 188 AVENUE, SOUTHWEST RANCHES FL 33332-1354 | ID # | 5139 01 03 0270 |
|---|---|---|---|
| Property Owner | ESTREMADOYRO,CARLOS R | Millage | 3413 |
| Mailing Address | 6300 SW 188 AVE SOUTHWEST RANCHES FL 33332-1354 | Use | 01 |
| Abbr Legal Description | COUNTRY CORNERS 95-25 B LOT 1 BLK 6 | | |

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

| Property Assessment Values | | | | | |
|---|---|---|---|---|---|
| Year | Land | Building / Improvement | Just / Market Value | Assessed / SOH Value | Tax |
| 2019 | $164,080 | $414,390 | $578,470 | $424,050 | |
| 2018 | $164,080 | $414,390 | $578,470 | $424,050 | |
| 2017 | $164,080 | $398,130 | $562,210 | $415,330 | $7,620.87 |

| 2019 Exemptions and Taxable Values by Taxing Authority | | | | |
|---|---|---|---|---|
| | County | School Board | Municipal | Independent |
| Just Value | $578,470 | $578,470 | $578,470 | $578,470 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH 07 | $424,050 | $424,050 | $424,050 | $424,050 |
| Homestead 100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $374,050 | $399,050 | $374,050 | $374,050 |

| Sales History | | | |
|---|---|---|---|
| Date | Type | Price | Book/Page or CIN |
| 8/7/2002 | WD | $360,000 | 33831 / 1764 |
| 12/21/2000 | WD | $100 | 31566 / 907 |
| 10/1/1990 | WD | $138,000 | 17870 / 308 |
| 6/1/1987 | WD | $114,000 | |

| Land Calculations | | |
|---|---|---|
| Price | Factor | Type |
| $4.00 | 41,020 | SF |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. (Card, Sketch) | | 3872 |
| Units/Beds/Baths | | 1/3/2 |
| Eff./Act. Year Built: 1979/1978 | | |

| Special Assessments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
| 34 | 9 | | 9S | | | | | |
| R | 1 | | 9S | | | | | |
| 1 | | | .94 | | | | | |

**EXHIBIT "C"**

Case 18-21025-RBR    Doc 27    Filed 10/31/18    Page 13 of 16

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                                           CASE NO.: 18-21025-RBR
                                                                                                 CHAPTER 7
**CARLOS R. ESTREMADOYRO,**

    Debtor.

_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on consideration without a hearing on DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST Series 2007-A2 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-B's ("Secured Creditor") Motion for Relief from Stay (Docket No. ##), and the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion. Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 6300 SW 188 Ave, Southwest Ranches, FL 33332 in Broward County, Florida, and legally described as:

    **LOT 1, BLOCK 6, COUNTRY CORNERS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 95, PAGE 25, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtors.

4. Secured Creditor is further granted relief in order to contact the Debtors by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

###

Submitted by:
Christopher P. Salamone, Esquire
Robertson, Anschutz & Schneid, PL
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487


Christopher P. Salamone, Esquire is directed to serve copies of this order on the parties listed and file a certificate of service.

Carlos R. Estremadoyro
6300 S.W. 188 Avenue
Southwest Ranches, FL 33332

Jared J Kullman, Esq
1910 S State Rd 7
Miramar, FL 33023

Sonya Salkin
PO Box 15580
Plantation, FL 33318

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130