

**ORDERED in the Southern District of Florida on December 13, 2018.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                Case No. 18-21025-RBR

CARLOS R. ESTREMADOYRO                                      Chapter 7

                          Debtor.
_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

THIS CAUSE having come before the Court for hearing on December 12, 2018 upon the Trustee Sonya L. Salkin's Objection to Debtor's Claim of Exemptions [ECF #33] (the "Objection"). This Court having considered the basis for the Objection, hearing the argument of the parties, noting that the Debtor concurs in result ordered hereinbelow, and being otherwise duly advised in the premises, then for the reasons stated on the record in open court it is hereby **ORDERED** as follows:

1.   The Objection is SUSTAINED to the extent set forth in the Motion.

2.   The Debtor's claim of a homestead exemption in the property located at 6300 SW

188th Avenue, Southwest Ranches, Florida 33332 as reflected in Schedule "C" [ECF #18], is DENIED to the extent set forth in paragraph 3 below.

   3.  In the event the property is sold and proceeds would otherwise be due to the Debtor, then the Debtor will be entitled to 53.19% of the net proceeds of such sale, with the bankruptcy estate receiving 46.81%, each party sharing *pro rata*.

###

Submitted by: Mark Bonacquisti, Esq.
      FLBN 0703257
      The Salkin Law Firm
      P.O. Box 15580
      Planation, FL 33318
      954-423-4469
      mark@msbankrupt.com

Mr. Bonacquisti will serve a signed copy of the order on all interested parties and file a certificate of service with the Court.